MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Jason Montes | Docket or Case No.: 3:06-cr-328-N (01) |
| Place of Confinement: USP Lee | Prisoner No: |
| UNITED STATES OF AMERICA  v. | Movant (include name under which convicted) Jason Montes |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 16 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court for the Northern District of Texas

   (b) Criminal docket or case number (if you know): 3:06-cr-328-N (01)

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: 9-22-08

3. Length of sentence: 9-22-08

4. Nature of crime (all counts): 18 U.S.C 2113(a) and (d) + 2 Bank Robbery, count(s) 5,7,9,11,13,15,17,19. 18 U.S.C 924(c)(1)(A) and 2, Using, Carrying and Brandishing a Firearm During or in Relation to a Crime of Violence. Count(s) 6,8,10,12,14,16,18,20

5. (a) What was your plea? (Check one)
   (1) Not guilty ✓     (2) Guilty ☐     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   NA

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ✓   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ✓

8. Did you appeal from the judgment of conviction?   Yes ✓   No ☐

9. If you did appeal, answer the following:
   (a) Name of court: In the United States court of Appeals for the fifth Circuit
   (b) Docket or case number (if you know): No. 08-10932
   (c) Result: affirm
   (d) Date of result (if you know): March 26, 2010
   (e) Citation to the case (if you know): NA
   (f) Grounds raised: Bank robbery in violation of 18 U.S.C 2113(a) and (b) and 18 U.S.C 2, conspiring to commit bank robbery in violation of 18 U.S.C 371 and possessing a firearm in futherance of a crime of violence in violation of 18 U.S.C 924(c)(1).

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): NA
   (2) Result: NA
   (3) Date of result (if you know): NA
   (4) Citation to the case (if you know): NA
   (5) Grounds raised:

   NA

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐  No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: NA
        (2) Docket or case number (if you know): NA
        (3) Date of filing (if you know): NA
        (4) Nature of the proceeding: NA
        (5) Grounds raised: NA

_____NA_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐    No ☑

    (7) Result: _____NA_____

    (8) Date of result (if you know): _____NA_____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____NA_____

    (2) Docket of case number (if you know): _____NA_____

    (3) Date of filing (if you know): _____NA_____

    (4) Nature of the proceeding: _____NA_____

    (5) Grounds raised:

_____NA_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐    No ☑

    (7) Result: _____NA_____

    (8) Date of result (if you know): _____NA_____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ☐    No ☑

    (2) Second petition:    Yes ☐    No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____NA_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Conviction under 18 U.S.C 924(c) are invalid.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was charged with Hobbs Act Conspiracy Bank Robbery in violation of 18 U.S.C 371 and possessing of a firearm in furtherance of a crime of violence in violation of 18 U.S.C 924 (c)(1). A conspiracy is not a overact so it doesn't falls under the force clause. It falls under the residual clause. and is unconstitutional vague. In violation in counts 2,4,6,8,10,12,14,16,18,20,26,28,30, 32,34 and 36. All these counts falls under the residual clause. and the residual clause is no longer valid.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

There was no constitutional ruling that would have help me to support my claims.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: NA

Name and location of the court where the motion or petition was filed:

NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available):

NA

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____ NA _____

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available):

_____ NA _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____ NA _____

**GROUND TWO:** ineffective assistance counseling

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My attorney fail to address the court dealing with my 924(c) and also my conviction.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

_____ NA _____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐ No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: NA

Name and location of the court where the motion or petition was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available):

NA

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐ No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available):

NA

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

NA

**GROUND THREE:** NA

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

NA

_____NA_____

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐   No ☑

   (2) If you did not raise this issue in your direct appeal, explain why:

_____NA_____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐   No ☑

   (2) If you answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:  NA

   Name and location of the court where the motion or petition was filed:

_____NA_____

   Docket or case number (if you know):  NA

   Date of the court's decision:  _____

   Result (attach a copy of the court's opinion or order, if available):

_____NA_____

   (3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☑

   (4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☑

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☑

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:

_____NA_____

   Docket or case number (if you know):  NA

   Date of the court's decision:  NA

   Result (attach a copy of the court's opinion or order, if available):

_____NA_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

NA

**GROUND FOUR:** NA

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

NA

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

NA

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: NA

Name and location of the court where the motion or petition was filed:

NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available):

NA

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐  No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐  No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____ NA _____

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available):

_____ NA _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____ NA _____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____ NA _____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____ NA _____

AO 243 (Rev. 01/15)                      Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:

Rafael de la Garza, de la Garza Law Firm, 2331 West Northwest Hwy 2nd Floor, Dallas, Texas 75220

(b) At the arraignment and plea:

SAME

(c) At the trial:

SAME

(d) At sentencing:

SAME

(e) On appeal:

SAME

(f) In any post-conviction proceeding:

SAME

(g) On appeal from any ruling against you in a post-conviction proceeding:

SAME

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?  Yes ☐  No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes ☐  No ☑

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   NA

   (b) Give the date the other sentence was imposed: NA
   (c) Give the length of the other sentence: NA
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☐  No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

There was no case law at the time to support my claims.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

To vacate and resentence without my 924(c) convictions

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on   7.11.19   .
(month, date, year)

Executed (signed) on   7.11.19   (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Mr. Tyson Hughes
USP Lee
P.O. Box 305
Jonesville VA 24263

